**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2089**

---

KEBEBUSH DELESSA DADI,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A95-233-107)

---

Submitted:  April 1, 2005                 Decided:  April 22, 2005

---

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Thomas Hailu, Arlington, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, James A. Hunolt, Senior Litigation Counsel, J. Brady Dugan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kebebush Delessa Dadi, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find no abuse of discretion. Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Dadi, No. A95-233-107 (B.I.A. Aug. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED